# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KAYLON P. BROWN                                                                              PLAINTIFF

v.                          NO. 5:18CV00004 JLH

PINE BLUFF SCHOOL DISTRICT                                       DEFENDANT

## ORDER OF DISMISSAL

Kaylon Brown's motion to dismiss is GRANTED. Document #41. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of January, 2019.

 

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE